LOCAL BANKRUPTCY FORM 2016-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Arlin J. Hostetler and Elsie Hostetler : CHAPTER 12

CASE NO. 1-12-bk-06118-RNO

**Debtor(s)**

## SUMMARY COVER SHEET
## FEES AND EXPENSES APPLICATION

a. Your applicant was appointed on 10/17/2013, based on an application filed n/a.

b. Your applicant represents Arlin J. and Elsie Hostetler.

c. This application is a final application.
(state whether interim or final application).

d. The total amount of compensation for which reimbursement is sought is $1,460.00 and is for the period from 9/7/2016 to 4/18/2018.

e. The total amount of expenses for which reimbursement is sought is $0.00 and is for the period from 9/7/2016 to 4/18/2018.

f. The dates and amounts of any retainer received are $3,000.00 on 7/3/2012.

g. The dates and amounts of withdrawals from the retainer by the Applicant are $0.00.

h. The dates and amounts of previous compensation allowed are:
9/4/2013 - $17,677.64.

i. The dates and amounts of previous compensation paid are:
10/7/2016 - $6,079.60.

j. There are/are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

Applicant's Signature

s/Brian C. Thompson, Esquire

DATED: 4/18/2018

Case 1:12-bk-06118-RNO   Doc 111   Filed 04/18/18   Entered 04/18/18 10:17:42   Desc
Main Document    Page 1 of 1