IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Arlin J. Hostetler, | ) | Case No. 12-06118-RNO |
| Elsie Hostetler, | ) | |
| | ) | |
| Debtors. | ) | Chapter 12 |

## NOTICE TO PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN THAT**:

    Debtors have filed a Final Application of Thompson Law Group, P.C. for Compensation and Reimbursement of Expenses as Counsel for the Debtors in the above-referenced case.

    Objections to the Application must be filed with the Clerk, United States Bankruptcy Court for the Middle District of Pennsylvania, Harrisburg, Pennsylvania, on or before May 9, 2018.

    If no objections are filed, an Order may be entered by the Court without further notice.

Dated: April 18, 2018                                                  /s/Brian C. Thompson, Esquire
                                                                                                      Brian C. Thompson
                                                                                                      PA ID: 91197
                                                                                                      Thompson Law Group, P.C.
                                                                                                      125 Warrendale-Bayne Road, Suite 200
                                                                                                      Warrendale, PA 15086
                                                                                                      (724) 799-8404 Telephone
                                                                                                      (724) 799-8409 Facsimile
                                                                                                      bthompson@thompsonattorney.com