# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Arlin J. Hostetler, and Elsie Hostetler, | : | Bankruptcy Case No.: 12-06118-RNO |
| | : | Chapter 12 |
| Debtors. | : | |
| _____ | : | |
| Arlin J. Hostetler, and Elsie Hostetler, | : | Document No.: |
| Movants, | : | Related to Document No.: 110 |
| v. | : | |
| No Respondents, | : | |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 18, 2018 at Document No. 110 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Objections were to be filed and served no later than May 9, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 110 be entered by the Court.

Date: <u>May 10, 2018</u>

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

Case 1:12-bk-06118-RNO    Doc 114    Filed 05/10/18    Entered 05/10/18 11:03:48    Desc
Main Document    Page 1 of 1