```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 12-06118-RNO
Arlin J. Hostetler                                        Chapter 12
Elsie Hostetler
        Debtors                  **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: REshelman      Page 1 of 1        Date Rcvd: Jun 05, 2018
                           Form ID: pdf010       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db/jdb        +Arlin J. Hostetler,   Elsie Hostetler,   597 Kanagy Road,   Belleville, PA 17004-8533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
        Brian C Thompson    on behalf of Plaintiff Arlin J. Hostetler bthompson@thompsonattorney.com,
         blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
         @thompsonattorney.com;bthompson@ecf.courtdrive.com
        Brian C Thompson    on behalf of Debtor 2 Elsie  Hostetler bthompson@thompsonattorney.com,
         blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
         @thompsonattorney.com;bthompson@ecf.courtdrive.com
        Brian C Thompson    on behalf of Debtor 1 Arlin J. Hostetler bthompson@thompsonattorney.com,
         blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
         @thompsonattorney.com;bthompson@ecf.courtdrive.com
        Brian C Thompson    on behalf of Plaintiff Elsie  Hostetler bthompson@thompsonattorney.com,
         blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
         @thompsonattorney.com;bthompson@ecf.courtdrive.com
        Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
        Shawn Michael Long    on behalf of Defendant   Everence Federal Credit Unon slong@barley.com,
         jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
        Shawn Michael Long    on behalf of Creditor   Mennonite Financial Federal Credit Union
         slong@barley.com,   jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
        Thomas I Puleo    on behalf of Creditor   U.S. Department of Agriculture, Farm Service Agency
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 9
```

IN RE:  Arlin J. Hostetler,                    )          Case No. 12-06118-RNO
        Elsie Hostetler,                    )
                                )
          Debtors.                    )          Chapter 12

## ORDER OF COURT

AND NOW, to-wit, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of $1,460.00 for services rendered on behalf of the Debtors for the period between September 7, 2016 through April 18, 2018, which represents $1,460.00 in attorney fees and $0.00 in costs.

Dated:   June 05, 2018                    By the Court,

                                    Robert N. Opel, II, Chief Bankruptcy Judge (BI)