```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                              Case No. 12-06118-HWV
Arlin J. Hostetler                                  Chapter 12
Elsie Hostetler
        Debtors               **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: RyanEshel        Page 1 of 1            Date Rcvd: Dec 23, 2019
                            Form ID: ntrevtfr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb        +Arlin J. Hostetler,  Elsie Hostetler,  597 Kanagy Road,  Belleville, PA 17004-8533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                          Signature:  /s/Joseph Speetjens

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          Brian C Thompson    on behalf of Plaintiff Arlin J. Hostetler bthompson@thompsonattorney.com,
           blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
           @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
          Brian C Thompson    on behalf of Debtor 2 Elsie  Hostetler bthompson@thompsonattorney.com,
           blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
           @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
          Brian C Thompson    on behalf of Debtor 1 Arlin J. Hostetler bthompson@thompsonattorney.com,
           blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
           @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
          Brian C Thompson    on behalf of Plaintiff Elsie  Hostetler bthompson@thompsonattorney.com,
           blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
           @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
          Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
          Shawn Michael Long    on behalf of Defendant   Everence Federal Credit Unon slong@barley.com,
           jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
          Shawn Michael Long    on behalf of Creditor   Mennonite Financial Federal Credit Union
           slong@barley.com,  jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
          Thomas I Puleo    on behalf of Creditor   U.S. Department of Agriculture, Farm Service Agency
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arlin J. Hostetler,

**Debtor 1**

Elsie Hostetler,

**Debtor 2**

Chapter 12

Case No. 1:12−bk−06118−HWV

## Notice

Notice to both Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−6 a discharge will not be entered for both Debtors unless a Certification in Support of Discharge is filed. Only Certifications filed on or after the date plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 23, 2019 |

ntrevtfr(04/18)