```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                       Case No. 12-06118-HWV
Arlin J. Hostetler                                           Chapter 12
Elsie Hostetler
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 2              Date Rcvd: Jan 14, 2020
                              Form ID: 3180F             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
```
db/jdb         +Arlin J. Hostetler,    Elsie Hostetler,    597 Kanagy Road,    Belleville, PA 17004-8533
cr             +Mennonite Financial Federal Credit Union,    2160 Lincoln Highway East, Suite 20,
                 Lancaster, PA 17602-1669
4200864        +CNH Capital,    CRA  Payment Center,    P.O. Box 3900,    Lancaster, PA 17604-3900
4202018        +CNH Capital America LLC,    P.O. Box 3600,    Lancaster, PA 17604-3600
4200865        +East Gate Feed and Grain,    141 Three Cent Ln,    Reedsville, PA 17084-9208
4200866         Ervin Hostetler,    778 Kanagy Road,    Belleville, PA 17004
4200867        +Everence Bank,    1110 North Main Street, PO Box 483,    Goshen, IN 46527-0483
4200868        +Farm Service Agency,    14699 North Main Street EXT,    Meadville, PA 16335-9441
4218917        +Mennonite Financial Federal Credit Union,    nka Everence Federal Credit Union,
                 2160 Lincoln Highway East, Suite 20,    Lancaster, PA 17602-1669
4218527        +Mennonite Financial Federal Credit Union, now know,    2160 Lincoln Highway East, Suite 20,
                 Lancaster, PA 17602-1669
4200869        +Mifflin County Tax Claim Bureau,    Mifflin County Courthouse,    20 N. Wayne St.,
                 Lewistown, PA 17044-1797
4200870        +Scott and Lisa Miller,    44 Laurel Lane,    Belleville, PA 17004-9057
4218915        +Shawn M. Long, Esquire,    Barley Snyder,    126 East King Street,    Lancaster, PA 17602-2893
4200871        +Stearn Bank,    PO Box 750,    Albany, MN 56307-0750
4214941        +Stearns Bank - Equipment Finance Division,    500 13th Street,    PO Box 750,
                 Albany MN 56307-0750
4258828        +US Department of Agriculture,    Farm Service Agency St 320,    One Credit Union Place,
                 Harrisburg Pa 17110-2912
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Brian C Thompson    on behalf of Debtor 2 Elsie  Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Debtor 1 Arlin J. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Plaintiff Elsie  Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Plaintiff Arlin J. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Shawn Michael Long    on behalf of Defendant  Everence Federal Credit Unon slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
              Shawn Michael Long    on behalf of Creditor   Mennonite Financial Federal Credit Union
               slong@barley.com,    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Arlin J. Hostetler<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1677<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elsie Hostetler<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5711<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:12–bk–06118–HWV | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Arlin J. Hostetler                     Elsie Hostetler

**By the court:**   *Henry W. Van Eck* (signature)

1/13/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 12 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180F  **Chapter 12 Discharge**  page 2