```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 12-06118-HWV
Arlin J. Hostetler                                               Chapter 12
Elsie Hostetler
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 28, 2020
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
db/jdb        +Arlin J. Hostetler,   Elsie Hostetler,   597 Kanagy Road,   Belleville, PA 17004-8533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
              Brian C Thompson    on behalf of Plaintiff Arlin J. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Debtor 2 Elsie  Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Debtor 1 Arlin J. Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Brian C Thompson    on behalf of Plaintiff Elsie  Hostetler bthompson@thompsonattorney.com,
               blemon@thompsonattorney.com;lmichaels@thompsonattorney.com;mgillespie@thompsonattorney.com;jgorze
               @thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Shawn Michael Long    on behalf of Defendant    Everence Federal Credit Unon slong@barley.com,
               jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
              Shawn Michael Long    on behalf of Creditor    Mennonite Financial Federal Credit Union
               slong@barley.com,    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;sromig@barley.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture, Farm Service Agency
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Arlin J. Hostetler,<br>**Debtor 1**<br>Elsie Hostetler,<br>**Debtor 2** | Chapter 12<br>Case No. 1:12–bk–06118–HWV |

Social Security No.:
    xxx–xx–1677    xxx–xx–5711

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

Dated: January 28, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)